UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | CASE NO. 12 B 46921 |
|---|---|
| | CHAPTER 13 |
| DONALD WAUNA | |
| MARIE ROCHELLE G WAUNA | JUDGE JACQUELINE P COX |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  US BANK NATIONAL ASSOCIATION

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 12 | 8 | XXXXXX3734 | $32,943.34 | $32,943.34 | $32,943.34 |
| Total Amount Paid by Trustee | | | | | $32,943.34 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit         **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-46921-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 19th day of January, 2018.

Debtor:
DONALD WAUNA
MARIE ROCHELLE G WAUNA
15723 SPRINGFIELD AVE
MARKHAM, IL  60428

Attorney:
CONSUMER LAW GROUP
6232 N PULASKI # 200
CHICAGO, IL  60646
via Clerk's ECF noticing procedures

Creditor:
US BANK NATIONAL
ASSOCIATION
% NATIONSTAR MORTGAGE LLC
PO BOX 619094
DALLAS, TX  75261-9741

Mortgage Creditor:
US BANK NATIONAL
% CODILIS & ASSOC
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL  60527

Mortgage Creditor:
BANK OF AMERICA
% PROBER & RAPHAEL
20750 VENTURA BLVD # 100
WOODLAND HILLS, CA  91364

Mortgage Creditor:
US BANK NATIONAL
ASSOCIATION
% PROBER & RAPHAEL
PO BOX 4365
WOODLAND HILLS, CA  91365-4365

Mortgage Creditor:
US BANK NATIONAL ASSOC
% BANK OF AMERICA NA
450 AMERICAN ST MC CA69190123
SEMI VALLEY, CA  93065

Creditor:
NATIONSTAR MORTGAGE
PO BOX 619096
DALLAS, TX  75261-9741

ELECTRONIC SERVICE - United States Trustee

Date:  January 19, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603